```
=========================================
          WASHINGTON SQUARE
       1050 CONNECTICUT AVE NW
             WASHINGTON
                 DC
              20036-5303
              1049650291
12/22/2017    (800)275-8777    4:45 PM
=========================================
=========================================
Product              Sale          Final
Description          Qty           Price

First-Class            1           $2.66
Mail
Large Envelope
   (Domestic)
   (WASHINGTON, DC  20420)
   (Weight:0 Lb 8.10 Oz)
   (Estimated Delivery Date)
   (Tuesday 12/26/2017)
Certified              1           $3.35
   (@@USPS Certified Mail #)
   (70142120000089578819)
First-Class            1           $2.45
Mail
Large Envelope
   (Domestic)
   (WASHINGTON, DC  20420)
   (Weight:0 Lb 8.00 Oz)
   (Estimated Delivery Date)
   (Tuesday 12/26/2017)
Certified              1           $3.35
   (@@USPS Certified Mail #)
   (70142120000089578802)
First-Class            1           $2.45
Mail
Large Envelope
   (Domestic)
   (WASHINGTON, DC  20530)
   (Weight:0 Lb 8.00 Oz)
   (Estimated Delivery Date)
   (Tuesday 12/26/2017)
Certified              1           $3.35
   (@@USPS Certified Mail #)
   (70142120000089578796)
First-Class            1           $2.66
Mail
Large Envelope
   (Domestic)
   (WASHINGTON, DC  20530)
   (Weight:0 Lb 8.10 Oz)
   (Estimated Delivery Date)
   (Tuesday 12/26/2017)
Certified              1           $3.35
   (@@USPS Certified Mail #)
   (70142120000089578789)

Total                             $23.62

Credit Card Remitd                $23.62
   (Card Name:MasterCard)
   (Account #:XXXXXXXXXXXX8251)
   (Approval #:20660P)
   (Transaction #:405)
```



U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

WASHINGTON, DC 20530

| | |
|---|---|
| Postage | $3.35 |
| Certified Fee | $0.00 |
| Return Receipt Fee (Endorsement Required) | $0.00 |
| Restricted Delivery Fee (Endorsement Required) | $0.00 |
| Total Postage & Fees | $ $6.01 |

Sent To: Civil Process Clerk, US Attorney Office
Street & Apt. No., or PO Box No. 555 4th Street, NW
City, State, ZIP+4 Washington, DC 20530

PS Form 3800, July 2014          See Reverse for Instructions

7014 2120 0000 8957 8789

# USPS Tracking®

FAQs ⟩ (http://faq.usps.com/?articleId=220900)

## Track Another Package ✛

**Tracking Number:** 70142120000089578789                    Remove ✕

Your item was delivered at 6:05 am on December 28, 2017 in WASHINGTON, DC 20530.

## ✓ Delivered

December 28, 2017 at 6:05 am
DELIVERED
WASHINGTON, DC 20530

Get Updates ⌄

---

**Text & Email Updates**                                          ⌄

---

**Tracking History**                                              ⌃

**December 28, 2017, 6:05 am**
Delivered
WASHINGTON, DC 20530
Your item was delivered at 6:05 am on December 28, 2017 in WASHINGTON, DC 20530.

**December 27, 2017, 10:47 am**
Available for Pickup
WASHINGTON, DC 20530

**December 27, 2017, 9:03 am**
Arrived at Unit
WASHINGTON, DC 20018

**December 25, 2017, 12:48 pm**
In Transit to Destination
On its way to WASHINGTON, DC 20530


**December 24, 2017, 12:48 pm**
In Transit to Destination
On its way to WASHINGTON, DC 20530


**December 23, 2017, 12:48 pm**
In Transit to Destination
On its way to WASHINGTON, DC 20530


**December 22, 2017, 11:48 pm**
Arrived at USPS Regional Facility
GAITHERSBURG MD DISTRIBUTION CENTER


**December 22, 2017, 6:36 pm**
Departed Post Office
WASHINGTON, DC 20036


**December 22, 2017, 4:42 pm**
USPS in possession of item
WASHINGTON, DC 20036

---

## Product Information                                        ∧


**Postal Product:**                          **Features:**
First-Class Mail®                            Certified Mail™

---

**See Less ∧**