**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| BRIAN HAWKINS, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> ROBERT WILKIE, ) <br> Acting Secretary of Department of ) <br> Veterans Affairs, and ) <br> ) <br> DEPARTMENT OF VETERANS AFFAIRS, ) <br> ) <br> Defendants. ) <br> _____ ) | No. 1:17-cv-2575-KBJ |

### SECOND MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT

Defendants respectfully move for an extension of time to respond to Plaintiff's Complaint of 28 days, from April 13, 2018, to May 11, 2018. Good cause exists to grant this motion, as set forth below.

1. Plaintiff filed the Complaint in this action, under seal, on December 19, 2017.

2. Counsel for Defendants from the U.S. Attorney's Office for the District of Columbia made an appearance in this case on January 11, 2018. Upon further investigation, the Assistant United States Attorney with primary responsibility for the case identified a conflict precluding his representation of Defendants, and thus determined that this case needed to be reassigned to substitute counsel. Citing this need to identify substitute counsel, Defendants moved for, and obtained, a 45-day extension of their deadline to respond to the Complaint. *See* ECF No. 12; Feb. 22, 2018 Minute Order.

1

2

3. This case was reassigned to attorneys from the Department of Justice's Civil Division, Federal Programs Branch, on February 22, 2018.

4. Since being assigned this case, counsel have diligently investigated Plaintiffs' allegations, the voluminous administrative record relevant to Plaintiffs' claims, and Defendants' potential defenses in this matter.  Despite these efforts, a number of preexisting litigation and personal commitments hinder counsel's ability to respond to the Complaint by April 13, 2018.  These include a motion to dismiss that is due April 11, 2018; a case management statement in a complex putative class action that is due April 12, 2018, as well as an argument on a motion to dismiss in that same action that is scheduled for April 19, 2018.  Moreover, counsel serving as the reviewer in this matter is currently out of the office on long-scheduled leave for the week of April 9, 2018.

5. The recent departure of the Secretary of Veterans Affairs on March 28, 2018, and the ensuing change in leadership at Defendant Department of Veterans Affairs, has also occasioned delay in the handling of this matter.

6. As noted, Defendants have previously sought one other extension in this case, *see* ECF No. 12, which the Court granted by Minute Order dated February 22, 2018.

7. The requested extension will have no impact on any other previously-set deadlines in this action.

8. Pursuant to Local Civil Rule 7(m), the parties conferred in good faith regarding this motion on April 9, 2018.  Plaintiff's counsel stated that Plaintiff would not oppose an extension of 10 to 14 days, but would oppose any extension beyond that.

For the foregoing reasons, Defendant respectfully requests that the Court enter an Order extending the time for Defendant to respond to Plaintiff's Complaint by 28 days, from April 13, 2018, to May 11, 2018.

Date: April 10, 2018

Respectfully submitted,

CHAD A. READLER
Acting Assistant Attorney General

JESSIE K. LIU
United States Attorney

CHRISTOPHER R. HALL
Assistant Branch Director

*/s/ Justin M. Sandberg*
Nikhel S. Sus (D.C. Bar No. 1017937)
Trial Attorney
Justin M. Sandberg (Ill. Bar. No. 6278377)
Senior Trial Counsel
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue N.W.
Washington, D.C. 20530
Tel.:   (202) 514-5838
Fax:   (202) 616-8202
Email: justin.sandberg@usdoj.gov

*Counsel for Defendants*