**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| BRIAN HAWKINS, ) <br> ) <br>         Plaintiff, ) <br>    v. ) <br> ) <br> PETER O'ROURKE, ) <br> Acting Secretary of Department of ) <br> Veterans Affairs, and ) <br> ) <br> DEPARTMENT OF VETERANS AFFAIRS, ) <br> ) <br>         Defendants. ) <br> _____ ) | No. 1:17-cv-2575-KBJ |

**DEFENDANTS' PARTIAL MOTION TO DISMISS OR, IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT AND MOTION TO STRIKE, AS TO THE AMENDED COMPLAINT**

Pursuant to Federal Rules of Civil Procedure 12(b)(6), 56, and 12(f), Defendants Peter O'Rourke,[1] in his official capacity as Acting Secretary of the Department of Veterans Affairs, and Department of Veterans Affairs, move for partial dismissal of the Amended Complaint or, in the alternative, summary judgment, and to strike certain allegations in the Amended Complaint. In support of this Motion, Defendants respectfully refer the Court to the supporting Memorandum of Points and Authorities (filed separately, provisionally under seal). A proposed order is submitted herewith.

---

[1] Pursuant to Federal Rule of Civil Procedure 25(d), Peter O'Rourke is automatically substituted as a defendant in his official capacity as Acting Secretary of the Department of Veterans Affairs.

Date: July 13, 2018                          Respectfully submitted,

                                                 CHAD A. READLER
                                                 Acting Assistant Attorney General

                                                 JESSIE K. LIU
                                                 United States Attorney

                                                 CHRISTOPHER R. HALL
                                                 Assistant Branch Director

                                                   *s/ Justin M. Sandberg*
                                                 Justin M. Sandberg (Ill. Bar. No. 6278377)
                                                 Senior Trial Counsel
                                                 Nikhel S. Sus (D.C. Bar No. 1017937)
                                                 Trial Attorney
                                                 U.S. Department of Justice
                                                 Civil Division, Federal Programs Branch
                                                 20 Massachusetts Avenue N.W.
                                                 Washington, D.C. 20530
                                                 Tel.:   (202) 514-5838
                                                 Fax:   (202) 616-8202
                                                 Email: justin.sandberg@usdoj.gov

                                                 *Counsel for Defendants*