IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BRIAN HAWKINS,<br><br>        Plaintiff,<br><br>        v.<br><br>ROBERT WILKIE, Acting Secretary of<br>        U.S. Department of Veterans Affairs, and<br><br>U.S. DEPARTMENT OF VETERANS AFFAIRS,<br><br>        Defendants. | No. 1:17-cv-2575-KBJ |

**PLAINTIFF'S OPPOSITION TO DEFENDANTS' PARTIAL MOTION TO DISMISS OR, IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT AND MOTION TO STRIKE, AS TO THE AMENDED COMPLAINT**

Plaintiff Brian Hawkins opposes Defendants' Partial Motion To Dismiss Or, In The Alternative, For Summary Judgment, And Motion To Strike, As To the Amended Complaint. In support of this opposition, Hawkins respectfully refers the Court to the supporting Memorandum of Points and Authorities (filed separately, provisionally under seal). A proposed order is submitted herewith.

Date:  August 14, 2018

Respectfully submitted,

*[signature]*

Christopher J. Keeven, D.C. Bar 993971
James P. Garay Heelan, D.C. Bar 997083
Shaw, Bransford & Roth, P.C.
1100 Connecticut Avenue, NW, Suite 900
Washington, D.C. 20036
Tel:   202-463-8400
Fax:   202-833-8082

*Counsel for Plaintiff Brian Hawkins*