**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| BRIAN HAWKINS, )<br>)<br>            Plaintiff, )<br>       v. )<br>)<br>ROBERT WILKIE, Secretary of )<br>Veterans Affairs, and )<br>)<br>DEPARTMENT OF VETERANS AFFAIRS, )<br>)<br>            Defendants. )<br>_____ ) | No. 1:17-cv-2575-KBJ |

**NOTICE TO THE COURT OF RESTORATION OF APPROPRIATIONS**

On January 15, 2019, this Court granted Defendants' motion for a stay of all proceedings in the above-captioned case commensurate with the duration of the lapse of appropriations for the Department of Justice. As of January 25, 2019, funding was restored through February 15, 2019, for the Department of Justice, and the Department has now resumed its usual civil litigation functions. Pursuant to the Court's order, the deadline for responding to the complaint should be extended by 14 days, as the Court denied Defendants' motion to dismiss and for summary judgment in an order entered on the docket on January 7, 2019. *See* Memo. Opinion and Order, Jan. 7, 2019, ECF No. 39; Fed. R. Civ. P. 12(a)(4)(A) (responsive pleading due 14 days after "notice of the court's action" denying motion to dismiss); Minute Order, Jan. 15, 2019 ("Counsel for Defendant shall notify the Court as soon as Congress has appropriated funds; at that point, the Court will enter an order resetting the applicable deadlines, which will be extended day-for-day with the duration of the lapse in appropriations."). Accordingly, Defendants now intend to file a response to the Complaint on or before February 8, 2019.

| | |
|---|---|
| Date: January 28, 2019 | Respectfully submitted,<br><br>JOSEPH H. HUNT<br>Assistant Attorney General<br><br>CHRISTOPHER R. HALL<br>Assistant Branch Director<br><br>    *s/ Justin M. Sandberg*    <br>Justin M. Sandberg (Ill. Bar. No. 6278377)<br>Senior Trial Counsel<br>U.S. Department of Justice<br>Civil Division, Federal Programs Branch<br>20 Massachusetts Avenue N.W.<br>Washington, D.C. 20530<br>Tel.:   (202) 514-5838<br>Fax:   (202) 616-8202<br>Email: justin.sandberg@usdoj.gov<br><br>*Counsel for Defendants* |