# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BRIAN HAWKINS, | ) |
| Plaintiff, | ) |
| v. | ) No. 1:17-cv-2575-KBJ |
| ROBERT WILKIE, Secretary of Veterans Affairs, and | ) |
| DEPARTMENT OF VETERANS AFFAIRS, | ) |
| Defendants. | ) |

## JOINT STATUS REPORT

On May 14, 2019, Defendants filed a consent motion to stay summary judgment briefing in this case – in which Plaintiff primarily challenges his removal from the VA – based on the rescission of Plaintiff's removal. In a May 16, 2019 Minute Order, the Court granted the motion and instructed the parties "to file a joint status report indicating how they wish to proceed in this matter, and whether further litigation will be necessary."

The parties agree that summary judgment briefing should remain stayed. While Plaintiff will be returning to work in the coming days, the parties are working out the specifics of Plaintiffs' back pay and resolving other ministerial matters related to his reinstatement. The parties think it is premature, at this stage, to address whether further litigation will be necessary. Accordingly, they recommend that the Court set a deadline for filing a joint status report on July 2, 2019 regarding "how they wish to proceed in this matter."

Date:  May 31, 2019

Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General

CHRISTOPHER R. HALL
Assistant Branch Director

　　*s/ Justin M. Sandberg*
Justin M. Sandberg (Ill. Bar. No. 6278377)
Senior Trial Counsel
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L. St. NW, Rm. 11004
Washington, D.C. 20005
Tel.:   (202) 514-5838
Fax:   (202) 616-8202
Email: justin.sandberg@usdoj.gov

*Counsel for Defendants*


　　*s/*
Christopher J. Keeven, D.C. Bar 993971
James P. Garay Heelan, D.C. Bar 997083
Shaw, Bransford & Roth, P.C.
1100 Connecticut Avenue, NW, Suite 900
Washington, D.C. 20036
Tel:    202-463-8400
Fax:    202-833-8082

*Counsel for Plaintiff Brian Hawkins*