IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BRIAN HAWKINS,<br><br>   Plaintiff,<br><br>v.<br><br>ROBERT WILKIE,<br>Secretary of Department of Veterans Affairs,<br>and<br><br>DEPARTMENT OF VETERANS AFFAIRS,<br><br>   Defendants. | No. 1:17-cv-2575-KBJ-DAR |

### UNOPPOSED MOTION TO RESET SETTLEMENT CONFERENCE

Defendants respectfully request that the settlement conference currently scheduled for August 13, 2019, be reset. Good cause exists to grant this motion, as set forth below.

1. On July 8, 2019, the Court referred this matter to Magistrate Judge Robinson for mediation.

2. On July 24, 2019, Magistrate Judge Robinson set a settlement conference for August 13, 2019.

3. Christopher Hall, one of the Department of Justice attorneys assigned to this matter, will be out of the office the week of August 12, 2019. Mr. Hall's duties as an Assistant Branch Director for the Department's Federal Programs Branch encompass the supervision of cases such as this one, and Defendants anticipate that his participation in this mediation would be useful to any efforts to resolve the matter.

4. Defendants have not previously asked to reschedule the settlement conference.

5. Pursuant to Local Rule 7(m), the parties conferred regarding this motion.

Plaintiff does not oppose the request to reschedule the settlement conference, and both parties are generally available during the week of August 19, and both parties are also available August 28 and 30. Undersigned counsel anticipates traveling to Oakland, California for a hearing scheduled for September 5, 2019.

6. The requested extension will have no impact on any other previously set deadlines in this action, as long as it takes place prior to the September 16, 2019 deadline for filing a status report with the Court.

For the foregoing reasons, Defendant respectfully requests that the Court reset the settlement conference currently scheduled for August 13, 2019.

Date: July 31, 2019

Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General

CHRISTOPHER R. HALL
Assistant Branch Director

　　*s/ Justin M. Sandberg*
Justin M. Sandberg (Ill. Bar. No. 6278377)
Senior Trial Counsel
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L. St. NW, Rm. 11004
Washington, D.C. 20005
Tel.:   (202) 514-5838
Fax:   (202) 616-8460
Email: justin.sandberg@usdoj.gov

*Counsel for Defendants*