## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BRIAN HAWKINS, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>ROBERT WILKIE, Secretary of )<br>Veterans Affairs, and )<br>)<br>DEPARTMENT OF VETERANS AFFAIRS, )<br>)<br>Defendants. )<br>_____ ) | No. 1:17-cv-2575-KBJ |

## JOINT STATUS REPORT

In a July 5, 2019 minute order, the Court referred this case to mediation and ordered the parties to "file a joint status report, which shall contain a proposed schedule for further proceedings if litigation is going to be necessary[,]" by September 16, 2019. Unfortunately, litigation is going to be necessary, and the parties' proposed schedule is set forth below.

The parties attended a settlement conference in Magistrate Judge Robinson's chambers on September 5, 2019. The parties were unable to resolve their differences at the settlement conference, and the gap has not closed in the days since the conference. At bottom, the parties do not see eye to eye about whether this employment case will be moot after Defendants make their planned payment of back pay (with interest and offsets) to Plaintiff. More specifically, the parties disagree about the amount of back pay owed to Plaintiff, as well as about the effects on mootness, if any, of Plaintiff's requests for declaratory relief and attorney's fees.

The parties propose to address this issue through motions practice, the first-step of which would be a motion to dismiss filed by Defendants. And the parties suggest the following

briefing schedule for the motion, response, and reply:  Defendants file their motion to dismiss on or before October 29, 2019; Plaintiff files his response brief on or before November 19, 2019; Defendants file their reply brief on or before December 6, 2019.

| | |
|---|---|
| Date:  September 16, 2019 | Respectfully submitted,<br><br>JOSEPH H. HUNT<br>Assistant Attorney General<br><br>CHRISTOPHER R. HALL<br>Assistant Branch Director<br><br>     *s/ Justin M. Sandberg*     <br>Justin M. Sandberg (Ill. Bar. No. 6278377)<br>Senior Trial Counsel<br>U.S. Department of Justice<br>Civil Division, Federal Programs Branch<br>1100 L. St. NW, Rm. 11004<br>Washington, D.C. 20005<br>Tel.:    (202) 514-5838<br>Fax:    (202) 616-8202<br>Email: justin.sandberg@usdoj.gov<br><br>*Counsel for Defendants*<br><br>     s/ *Christopher J. Keeven*     <br>Christopher J. Keeven, D.C. Bar 993971<br>James P. Garay Heelan, D.C. Bar 997083<br>Shaw, Bransford & Roth, P.C.<br>1100 Connecticut Avenue, NW, Suite 900<br>Washington, D.C. 20036<br>Tel:    202-463-8400<br>Fax:    202-833-8082<br><br>*Counsel for Plaintiff Brian Hawkins* |